SOLOMON BETTEN and SAMUEL SCHULTZ, Respondents, v. WILLIAM A. TOBIAS,

Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.